**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **UNILOC USA, INC., et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**SONY CORPORATION OF AMERICA, et al.**<br><br>Defendants. | Civ. Action No.: 6:10-cv-00373<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS BORLAND SOFTWARE CORP.

NOW COME Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited (collectively, "Uniloc"), on the one hand, and Defendant Borland Software Corp. ("Borland"), on the other hand, and respectfully move the Court to dismiss this cause of action between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between Uniloc and Borland have been settled and compromised, and these parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that all claims by Uniloc against Borland be dismissed with prejudice, and that all counterclaims by Borland against Uniloc be dismissed with prejudice, with all attorneys' fees and costs of court to be borne by the party who incurred them.

DATE: November 28, 2011

Respectfully submitted,

/s/ Steven W. Hartsell
Edward R. Nelson, III
Attorney-in-Charge
Texas State Bar No. 00797142
Barry J. Bumgardner
Texas State Bar No. 24041918
Steven W. Hartsell
Texas State Bar No. 24040199
S. Brannon Latimer
Texas State Bar No. 24060137
Jaime K. Olin
Texas State Bar No. 24070363
**NELSON BUMGARDNER CASTO, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
enelson@nbclaw.net
barry@nbclaw.net
shartsell@nbclaw.net

T. John Ward, Jr.
Texas State Bar. No. 00794818
J. Wesley Hill
Texas State Bar. No. 24032294
**WARD & SMITH LAW FIRM**
111 West Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400
Fax: (903) 757-2323
 jw@wsfirm.com
wh@wsfirm.com

**COUNSEL FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC SINGAPORE PRIVATE LIMITED**

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 28, 2011, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ Steven W. Hartsell
Edward R. Nelson, III
NELSON BUMGARDNER CASTO, P.C.